UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HYBRID PATENTS INCORPORATED, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:06-CV-292 |
| COMCAST CORPORATION, § | |
| COMCAST OF DALLAS, LP, § | Hon. T. John Ward |
| TIME WARNER CABLE INC., § | |
| COX COMMUNICATIONS INC., § | JURY TRIAL DEMANDED |
| COX SOUTHWEST HOLDINGS, LP, § | |
| COXCOM, INC., TELECABLE § | |
| ASSOCIATES, LLC, CABLEVISION § | |
| OF LEANDER, INC., WILLIAMSON § | |
| COUNTY CABLEVISION COMPANY, § | |
| AND CABLEVISION OF PFLUGERVILLE, INC. § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Hybrid Patents Incorporated ("Hybrid") and Defendants Comcast Corporation ("Comcast"), Time Warner Cable Inc. and Time Warner Cable of Dallas LP (formerly Comcast of Dallas LP) (collective "Time Warner"), Cox Communications Inc., Cox Southwest Holdings, LP, Coxcom, Inc., Telecable Associates, LLC, Cablevision of Leander, Inc., Williamson County Cablevision Company, and Cablevision of Pflugerville, Inc. (collectively "Cox") have announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, pursuant to Federal Rule of Civil Procedure 41(a), having considered the request for a dismissal is of the opinion that the request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled causes and all claims for relief asserted by Hybrid against Comcast, Time Warner and Cox and by Comcast, Time Warner and Cox against Hybrid are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

SIGNED this 12th day of May, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE